UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.

LYNN A. PARISI,

      Plaintiff,

v.

PENTAGROUP FINANCIAL, LLC,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, LYNN A. PARISI, is a natural person, and citizen of the State of Florida, residing in Pasco County, Florida.

4.     Defendant, PENTAGROUP FINANCIAL, LLC, is a limited liability company and citizen of the State of Texas with its principal place of business at #1400, 5959 Corporate Drive, Houston, TX 77036.

5.     Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.     Defendant regularly collects or attempts to collect debts for other parties.

7.     Defendant is a "debt collector" as defined in the FDCPA.

8.     Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

March 23, 2009 – Blank Message

March 25, 2009
Ah ,Or Mystery meat, ah Lynn Parisi, please give Rollin Smith call that number 800-983-4612 again Lynn my number 800-983-4612 regarding a very important business matter involving you ah that number again 800-983-4612.

2

March 26, 2009
Hi, this message is for Lynn Parisi, please give Rollin Smith call that
number 800-983-4612 again that 800-983-4612.

April 6, 2009
Hello, this toll-free confidential message is meant exclusively for Lynn
Parisi.  Lynn, please return the call to Rollin Smith.  That number is 800-
983-4612.  Again, that number is 800-983-4612 regarding a very important
business matter involving you.  Ma'am, we need to obtain information for
our client, Again, that number is 800-983-4612.

April 6, 2009
Hello, this toll-free confidential message is meant exclusively for Lynn
Parisi.  Lynn, please return the call to Rollin Smith.  That number is 800-
983-4612.  Again, that number is 800-983-4612 regarding a very important
business matter involving you.  Ma'am, we need to obtain information for
our client, Again, that number is 800-983-4612.

April 11, 2009 at 9:55 AM – Blank Message

April 11, 2009 at 10:44 AM – Blank Message

April 13, 2009 – Pre-Recorded Message
This confidential and important message is meant exclusively for, if you are
not please hang up or disconnect now. The law requires that we notify you
that this call is from Pentagroup Financial LLC, a debt collect company this
is attempt to collect a debt an any information obtain will used for that
purpose please return this call to Pentagroup Financial LLC. At  800-218-
1485 again the number is 800-218-1485.

April 20, 2009 – Blank Message

April 24, 2009 – Blank Message

April 25, 2009 at 9:06 AM – Blank Message

April 25, 2009 at 9:38 AM – Blank Message

April 25, 2009 at 11:10 AM – Blank Message

3

May 9, 2009
Hello this confidential and important message is intended for
Lynn Prarisi, Mrs. Parisi return my this call to Kirk Struble
(unsure of last name) toll free at 1-800-993-1691 regarding an
important business matter, that again that toll free number is 1-
800-993-1691. Please do, return my call. Thank You.

May 19, 2009 – Blank Message

June 11, 2009
Hello this message is intended for Lynn Parisi.  Miss Parisi, please return
this call to Kurt Stroball toll free at 1-800-993-1691 regarding an important
business matter.  Now again that toll free number is 1-800-993-1691.  It is
very important.  Please do return my call.  Thank you.

July 16, 2009 – Pre-Recorded Message
This confidential and important message is meant exclusively for, if you are
not please hang up or disconnect now. The law requires that we notify you
that this call is from Pentagroup Financial LLC, a debt collect company this
is attempt to collect a debt an any information obtain will used for that
purpose please return this call to Pentagroup Financial LLC. At 800-218-
1485 again the number is 800-218-1485.

July 17, 2009 – Blank Message

11.    Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.    The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

4

13.     Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14.     Plaintiff incorporates Paragraphs 1 through 13.

15.     Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.     Plaintiff incorporates Paragraphs 1 through 13.

17.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the

purpose of Defendant's communication in the telephone messages in violation of

15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-

61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September

23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga.

1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

        a.      Damages;

        b.      Attorney's fees, litigation expenses and costs of suit; and

        c.      Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18.     Plaintiff incorporates Paragraphs 1 through 13.

19.     Defendant caused Plaintiff's telephone to ring repeatedly or

continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D.

Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

        a.      Damages;

        b.      Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE
## FLORIDA CONSUMER COLLECTION PRACTICES ACT

20.    Plaintiff incorporates Paragraphs 1 through 13.

21.    Defendant asserted the right to collect a debt by leaving repeated

telephone messages for Plaintiff without disclosing its name and that it is a debt

collector and the purpose of its communications when Defendant knew it did not

have a legal right to use such collection techniques in violation of Fla. Stat.

§559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit;

c.      declaring that Defendant's practices violate the FCCPA;

d.      permanently injoining Defendant from engaging in the

complained of practices; and

e.      Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER
## COLLECTION PRACTICES ACT

22.    Plaintiff incorporates Paragraphs 1 through 13.

23.     By failing to disclose its name, that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.     Damages;

        b.     Attorney's fees, litigation expenses and costs of suit;

        c.     declaring that Defendant's practices violate the FCCPA;

        d.     permanently injoining Defendant from engaging in the complained of practices; and

        e.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this _____ day of April, 2010.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By:_____

8

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658