UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNN A. PARISI,

    Plaintiff,

v.

              **Case No.:   10-00955-Civ-Merryday/McCoun, III**

PENTAGROUP FINANCIAL, LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNN A. PARISI,

    Plaintiff,

v.

                              Case No.:   10-00955-Civ-Merryday/McCoun, III

PENTAGROUP FINANCIAL, LLC,

    Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 24, 2010, I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

                                                      s/Donald A. Yarbrough
                                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Andrew J. Marancik, Esq.
Pentagroup Financial, LLC.
Suite 1400
5959 Corporate Drive
Houston, TX 77036
Telephone: 832-615-2303
Facsimile: 832-615-2399

Via U.S. Mail and Facsimile